IN THE
TENTH COURT OF APPEALS
No. 10-13-00287-CR
No. 10-13-00288-CR
No. 10-13-00289-CR



**REBECCA SHERON AUSTIN,**

                                                          **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                          **Appellee**

_____

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court Nos. 09-03111-CRF-361, 12-01840-CRM-361**
**and 13-00768-CRM-361**

_____

**MEMORANDUM  OPINION**

_____

        In three separate appellate cause numbers, appellant, Rebecca Sheron Austin

a/k/a Rebecca Sherron Austin a/k/a Rebecca Pierce, appealed her convictions for:  (1)

theft of property valued at less than $1,500; (2) driving with an invalid license

(subsequent); and (3) violating her occupational driver's license.  On January 17, 2014,

appellant's counsel filed motions to dismiss each of the three appeals.  Though none of

the motions are signed by appellant, in each motion, appellant's counsel referenced and attached letters written and signed by appellant, wherein appellant expressed that she no longer wants to continue her appeal in each of the appellate cause numbers. These letters are a clear indication that appellant desires to abandon her appeal in each appellate cause number and provides sufficient basis for this Court to dismiss the appeals. *See Hendrix v. State*, 86 S.W.3d 762, 763-64 (Tex. App.—Waco 2002, no pet.) (per curiam) (applying Texas Rule of Appellate Procedure 2 to suspend Rule 42.2(a)'s requirement that appellant must personally sign the written withdrawal because the appellant "plainly stated his desire 'to drop the appeal'" in open court).

Accordingly, we grant appellant's motions to dismiss appellate cause numbers 10-13-00287-CR, 10-13-00288-CR, and 10-13-00289-CR; these appeals are hereby dismissed. *See* TEX. R. APP. P. 42.2(a).


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motions to dismiss granted; appeals dismissed
Opinion delivered and filed January 30, 2014
Do not publish
[CR25]